Form rfiler – ntcrefilerv27.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–13241–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Brett Salinardo | Janinne Salinardo |
| --- | --- |
| 292 Lily Lane | 292 Lily Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
　xxx–xx–4816　　　　　　　　　　　　　xxx–xx–3545

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

You are hereby notified that the Clerk has determined that the

- ☐ debtor
- ☑ joint debtor

received a discharge in case number 16–30536 , commenced on 10/27/2016. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

Objections to this matter must be in writing and filed with the Clerk on or before March 12, 2019 at

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608

In the event a timely objection is filed, a hearing will be held before the Honorable Judge Kathryn C. Ferguson on:

DATE:　　　　March 19, 2019
TIME:　　　　10:00 AM
COURTROOM:　2

Dated: February 28, 2019
JAN: mrg

Jeanne Naughton
Clerk