UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WALDMAN & KAPLAN, P.A.
By: Farha Ahmed, Esquire
174 Nassau Street, Suite 313
Princeton, NJ 08542
PO BOX 5162 Largo FL 33779
Telephone: 844-899-4162
Facsimile: 844-882-4703
Attorneys for Movant: Wilmington Savings Fund Society, FSB, as Owner Trustee of The Residential Credit Opportunities Trust V-C

In Re:

Brett Salinardo
And Janinne Salinardo
  Debtor(s)

Order Filed on August 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-13241-MBK
Hearing Date: 8/20/2019
Judge: Michael B. Kaplan
Chapter: 13

Recommended Local Form      ☒ Followed      ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

DATED: August 21, 2019

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Wilmington Savings Fund Society, FSB, as Owner Trustee of The Residential Credit Opportunities Trust V-C, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

293 Lily Lane, Freehold, NJ 07728

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev. 11/14/18

United States Bankruptcy Court
District of New Jersey

In re:
Brett Salinardo
Janinne Salinardo
     Debtors

Case No. 19-13241-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 21, 2019
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2019.
db/jdb     +Brett Salinardo,   Janinne Salinardo,   292 Lily Lane,   Freehold, NJ 07728-4037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2019 at the address(es) listed below:
- Albert Russo   docs@russotrustee.com
- Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com
- Farha Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB Owner Trustee of the Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
- Hubert C. Cutolo    on behalf of Creditor    Willowbend Condominium Association, Inc. hcutolo@cutololaw.com
- James J. Cerbone    on behalf of Debtor Brett Salinardo cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
- James J. Cerbone    on behalf of Joint Debtor Janinne Salinardo cerbonelawfirm@aol.com, cerbonejr83307@notify.bestcase.com
- Joseph Andrew Kutschman, III    on behalf of Creditor    Willowbend Condominium Association, Inc., jkutschman@cutolobarros.com
- Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

     TOTAL: 9