# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−13241−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brett Salinardo
292 Lily Lane
Freehold, NJ 07728

Janinne Salinardo
292 Lily Lane
Freehold, NJ 07728

Social Security No.:
xxx−xx−4816                xxx−xx−3435

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

　　NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
　　Debtor and Joint Debtor was entered on August 29, 2019.

　　Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

　　This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 29, 2019
JAN: amg

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-13241-MBK
Brett Salinardo                                                     Chapter 13
Janinne Salinardo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Aug 29, 2019
                              Form ID: 148             Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db/jdb         +Brett Salinardo,   Janinne Salinardo,   292 Lily Lane,   Freehold, NJ 07728-4037
cr             +Willowbend Condominium Association, Inc.,,   C/O Cutolo Barros LLC,
                 46-50 Throckmorton Street,   46-50 Throckmorton Street,   Freehold, nj 07728-1973
cr             +Willowbend Condominium Association, Inc.,   Cutolo Barros LLC,   46-50 Throckmorton Street,
                 Freehold, NJ 07728-1973
cr             +Wilmington Savings Fund Society FSB Owner Trustee,   c/o Waldman and Kaplan PA,
                 174 Nassau Street,   Ste. 313,   Princeton, NJ 08542-7005
518032613       Bayview Loan Servicing LLC,   PO Box 650091,   Dallas, TX 75265-0091
518032614      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court:  Best Buy,   PO Box 183195,   Columbus, OH 43218)
518032615       Capital One Auto Finance,   PO Box 269027,   Plano, TX 75026-9027
518032622      +KML Law Group,   701 Market Street,   Suite 500,   Philadelphia, PA 19106-1538
518052146      +National Collegiate Student Loan Trust 2006-2,   Po Box 4275,   Norcross, GA 30091-4275
518032625       Nissan Infiniti,   PO Box 660366,   Dallas, TX 75266-0366
518044299       Nissan Motor Acceptance,   POB 660366,   Dallas, TX 75266-0366
518032628      +Willombend Condomonium Association,   Attn: Cutolo & Barros,   46-50 Throckmorton Street,
                 Freehold, NJ 07728-1973
518180483      +Wilmington Savings Fund Society, FSB,   AMIP Management, LLC,
                 3020 Old Ranch Parkway, Suite 180,   Seal Beach, CA 90740-2799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2019 00:21:47     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2019 00:21:44     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518042070      +EDI: AISACG.COM Aug 30 2019 03:58:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518047996      +EDI: AISACG.COM Aug 30 2019 03:58:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 4360,   Houston, TX 77210-4360
518032616      +EDI: CAPITALONE.COM Aug 30 2019 03:58:00      Capital One Bank,   PO Box 71083,
                 Charlotte, NC 28272-1083
518167018      +EDI: AIS.COM Aug 30 2019 03:58:00      Capital One Bank (USA), N.A.,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518201869      +EDI: CITICORP.COM Aug 30 2019 03:58:00      Citibank, N.A.,   701 East 60th Street North,
                 Sioux Falls, SD 57104-0493
518032618       EDI: WFNNB.COM Aug 30 2019 03:58:00      Comenity Bank,   PO Box 182125,
                 Columbus, OH 43218-2125
518032619      +EDI: RCSFNBMARIN.COM Aug 30 2019 03:58:00      Credit One Bank,   PO Box 98875,
                 Las Vegas, NV 89193-8875
518032621      +EDI: NAVIENTFKASMDOE.COM Aug 30 2019 03:58:00      Dept of Education/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
518032623       E-mail/Text: bncnotices@becket-lee.com Aug 30 2019 00:21:04      Kohls,   PO Box 2893,
                 Milwaukee, WI 53201-2983
518187726       EDI: RESURGENT.COM Aug 30 2019 03:58:00      LVNV Funding, LLC,   Resurgent Capital Services,
                 PO Box 10587,   Greenville, SC 29603-0587
518032624      +EDI: NAVIENTFKASMSERV.COM Aug 30 2019 03:58:00      Navient,   PO Box 9500,
                 Wilkes Barre, PA 18773-9500
518032626       EDI: RMSC.COM Aug 30 2019 03:58:00      SYNCB,   PO Box 965060,   Orlando, FL 32896-5060
518033574      +EDI: RMSC.COM Aug 30 2019 03:58:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
518197348      +EDI: RMSC.COM Aug 30 2019 03:58:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
518032627      +EDI: TCISOLUTIONS.COM Aug 30 2019 03:58:00      Total Card,   5109 S Broadband Lane,
                 Sioux Falls, SD 57108-2208
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518032617*     +Capital One Bank,   PO Box 71083,   Charlotte, NC 28272-1083
518032620*     +Credit One Bank,   PO Box 98875,   Las Vegas, NV 89193-8875
                                                                                      TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Aug 29, 2019
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2019 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Farha   Ahmed    on behalf of Creditor    Wilmington Savings Fund Society FSB Owner Trustee of the
          Residential Credit Opportunities Trust V-C farha@dwaldmanlaw.com
         Hubert C. Cutolo    on behalf of Creditor    Willowbend Condominium Association, Inc.
          hcutolo@cutololaw.com
         James J. Cerbone    on behalf of Debtor Brett   Salinardo cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
         James J. Cerbone    on behalf of Joint Debtor Janinne   Salinardo cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
         Joseph Andrew Kutschman, III    on behalf of Creditor    Willowbend Condominium Association, Inc.,
          jkutschman@cutolobarros.com
         Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
          LIABILITY COMPANY kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 9
```