Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 19–13241–MBK
                    Chapter: 13
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Brett Salinardo | Janinne Salinardo |
| 292 Lily Lane | 292 Lily Lane |
| Freehold, NJ 07728 | Freehold, NJ 07728 |

Social Security No.:
  xxx–xx–4816                                   xxx–xx–3435

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>November 12, 2019</u>                 <u>Michael B. Kaplan</u>
                                                        Judge, United States Bankruptcy Court